# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Vivian Lily | **Case No :** | 12–36999 – B – 7 |
| | | **Date :** | 5/14/13 |
| | | **Time :** | 09:31 |
| **Matter :** | [31] – Motion for Relief from Automatic Stay [DRO–1] Filed by Creditor David R. Olick (Fee Paid $176) (jtis) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to 11 U.S.C. § 362(d)(1), the automatic stay is modified to permit the movant to proceed to judgment or settlement in Solano County Superior Court case no. FFL–114985. Except as so ordered, the motion is denied.

Dated: May 17, 2013

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge